**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                                  **CRIMINAL ACTION NO. 3:08CR74-P-A**

**KEIDRICK LIVINGSTON and**
**CRAIG ROEBUCK,**                                                    **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's Motion for Continuance [35]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for November 3, 2008. Defense counsel requests a continuance to afford more time to meet with the defendant, complete inspection of discovery material, prepare any necessary pretrial motions, and to engage in plea negotiations.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from November 3, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The time is also excludable as to Defendant Roebuck's co-defendant, Keidrick Livingston, pursuant to 18 U.S.C. section 3161(h)(7) because the period of delay is reasonable and no motion for severance has been granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

1

(1) Defendant's Motion for Continuance [35] is **GRANTED**;

(2) Trial of this matter is continued **as to both defendants** until Monday, December 1, 2008 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from November 3, 2008 to December 1, 2008 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is November 10, 2008; and

(5) The deadline for submitting a plea agreement is November 17, 2008.

**SO ORDERED** this the 28th day of October, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE